USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
NURY VASCONCELLOS,                 :

              Plaintiff,   :   05 Civ. 10479 (GBD)(HBP)

   -against-                      :   ORDER

THE MOUNT SINAI MEDICAL CENTER,    :

              Defendant.   :

-----------------------------------X

        PITMAN, United States Magistrate Judge:

        A status conference having been held in this matter on this date, for the reasons stated on the record in open court, it is hereby ORDERED that:

        1.  If plaintiff chooses to persist in her contention that the period for discovery should be further extended because she was too sick to conduct discovery during the four years this matter has been pending, she is directed to make a written submission describing her illness(es), supported by appropriate documentation from health care professionals, no later than December 18, 2009.

        2.  Counsel for defendant is directed to submit defendant's opposition papers no later January 18, 2010.  Counsel for defendant is directed to serve his papers in such a manner that they are delivered to

plaintiff by January 11, 2010.

3. If plaintiff wishes submit a response to defendant's papers, she is directed to do so no later than January 15, 2010.

Dated: New York, New York
       December 3, 2009

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Ms. Nury Vasconcellos
170-11 90th Avenue
Jamaica, New York  11432

Rory J. McEvoy, Esq.
Edwards, Angell, Palmer & Dodge LLP
Suite 5300
750 Lexington Avenue
New York, New York  10022